1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                         **DISTRICT OF NEVADA**
7
8  JESSICA BARRAZA,
9          Petitioner,                           2:14-cv-01185-APG-PAL
10 vs.
                                                 **ORDER**
11 J. GENTRY, *et al.*,
12         Respondents.
13 _____/
14
15     In this habeas corpus action, on February 9, 2016, the respondents filed an answer
16 (ECF No. 19) , responding to the remaining claims in Jessica Barraza's habeas corpus petition.
17 Barraza's reply to the answer is due on April 12, 2016.  *See* Order entered December 11, 2016
18 (ECF No. 18) (60 days for reply).
19     On March 7, 2016, Barraza filed a motion for extension of time (ECF No. 20), requesting
20 that the time for her to file a reply be extended to July 29, 2016.  Barraza states that the extension of
21 time is necessary because of the limited time that she, and another prisoner who is assisting her,
22 have access to a law library at the prison where they are incarcerated.  The court finds that
23 Barrraza's motion for extension of time is made in good faith and not solely for the purpose of
24 delay, and that there is good cause for the requested extension of time.  The court will grant the
25 motion for extension of time.
26

*However, given the length of this extension of time, the court will not be inclined to further extend this deadline absent extraordinary circumstances. If Barraza does not file a reply by July 29, 2016, the court will rule on the merits of the remaining claims in her habeas petition without the benefit of a reply.*

On March 7, 2016, Barraza also filed a motion for appointment of counsel (ECF No. 21). Barraza previously requested appointment of counsel in a motion filed on July 27, 2015 (ECF No. 13). The court denied that motion on August 4, 2016 (ECF No. 16). There has been no significant change in circumstances with respect to Barraza's request for appointment of counsel. The court will deny Barraza's March 7, 2016, motion for appointment of counsel for the reasons stated in the order entered August 4, 2016 (ECF No. 16).

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 20) is **GRANTED**. Petitioner shall have until and including **July 29, 2016**, to file a reply to respondents' answer.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 21) is **DENIED**.

Dated: March 9, 2016.

_____
UNITED STATES DISTRICT JUDGE

2