1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9    JESSICA BARRAZA,

10          Petitioner,                          2:14-cv-01185-APG-PAL

11   vs.
                                                 **ORDER**
12   J. GENTRY, *et al.*,

13          Respondents.

14   _____/

15

16          In this habeas corpus action, the respondents have filed an answer (ECF No. 19), and the

17   reply of the petitioner, Jessica Barraza, is currently due on July 29, 2016.  *See* Order entered

18   March 9, 2016 (ECF No. 23).

19          On March 18, 2016, Barraza filed a "Motion for Transcripts at State Expense" (ECF No. 24).

20   In that motion, Barraza points out that the respondents have not filed any trial transcripts, and she

21   argues that she needs the trial transcripts to reply to the answer.  Respondents did not respond to that

22   motion.

23          The respondents have filed only four exhibits in this case:  the judgment of conviction, the

24   Nevada Supreme Court's order on Barraza's direct appeal, the Nevada Supreme Court's order on the

25   appeal in Barraza's state habeas action, and a docket report regarding Barraza's petition for a writ of

26

certiorari to the United States Supreme Court.  *See* Index of Exhibits (ECF No. 11).  The record filed by respondents is insufficient.

The court will grant Barraza's motion, and will require the respondents to expand the record, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS THEREFORE ORDERED** that petitioner's "Motion for Transcripts at State Expense" (ECF No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents shall, within **30 days** after entry of this order,  expand the record in this case by filing and serving, as exhibits, the following, together with any other materials from the state-court record relating to petitioner's remaining claims:  all charging documents; all transcripts of any preliminary hearing; all pretrial motions, and all briefing regarding those motions; all trial transcripts; all sentencing transcripts; all notices of appeal, and all briefing filed on the direct appeal; all post-judgment petitions, and supplements to or amendments of such petitions; all transcripts of any hearings, including evidentiary hearings, regarding all post-judgment petitions; all written orders of the state district court ruling on any claim in any post-judgment petition; all notices of appeal, and all briefing on appeal regarding any post-judgment petitions; and all orders of the Nevada Supreme Court not already filed as exhibits.  The exhibits to be filed pursuant to this order should be numbered starting with Exhibit 5 (where the exhibits already filed by respondents left off).

**IT IS FURTHER ORDERED** that the deadline for petitioner to file her reply is suspended pending respondents' expansion of the record; that deadline will be reset by the court after respondents supplement the record as required by this order.

Dated this 20th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE