# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESSICA BARRAZA,

    Petitioner,                                    2:14-cv-01185-APG-PAL

vs.

**ORDER**

J. GENTRY, *et al.*,

    Respondents.

_____/

In this habeas corpus action, the respondents filed an answer on February 9, 2016 (ECF No. 19) . On April 20, 2016, the court granted a motion made by the petitioner, Jessica Barraza, and required the respondents to expand the record. *See* Order entered April 20, 2016 (ECF No. 25). On May 19, 2016, the respondents filed exhibits to expand the record as ordered by the court (ECF Nos. 26-32, 34-36).

Also on May 19, 2016, counsel appeared on behalf of Barraza. *See* Notice of Appearance of Counsel (ECF No. 33).

The court will now set a schedule for Barraza to file her reply, taking into consideration the size of the state-court record, as reflected by the exhibits filed by respondents, and also taking into account the recent appearance by counsel for Barraza.

**IT IS THEREFORE ORDERED** that petitioner shall have 120 days from the date of entry of this order to file a reply to respondents' answer.

Dated this 26th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE