# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESSICA BARRAZA,

    Petitioner,

vs.

J. GENTRY, *et al.*,

    Respondents.

_____/

2:14-cv-01185-APG-PAL

**ORDER**

In this habeas corpus action, the respondents have filed an answer (ECF No. 19), and the petitioner, Jessica Barraza, who is represented by counsel, has filed a reply (ECF No. 39). Also, respondents have filed 130 exhibits, constituting the state-court record (ECF Nos. 11, 26-32, 34-36).

The Court has examined the parties' pleadings, and the exhibits filed by respondents, and determines that further expansion of the record is necessary.

**IT IS THEREFORE ORDERED** that, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, respondents shall, by July 10, 2017, this order, file as an exhibit in this case a copy of the video recording of Barraza's statement to the police, which appears to have been admitted into evidence at her trial as State's Exhibit 32. *See* Transcript of Trial, August 22, 2007, Exhibit 71, pp. 115-16 (ECF No. 30-1, pp. 116-17). If respondents are unable to file a copy of that exhibit, respondents may file a notice to that effect along with a copy of

the transcript of Barraza's statement to the police, if that is available.  If respondents are unable to file a copy of either the video recording or transcript of Barraza's statement to the police, or if respondents believe that a copy of that either has already been filed in this federal habeas corpus action, respondents should file a notice to such effect.  After respondents expand the record as ordered, Barraza will have 10 days to file a response regarding the correctness of the exhibit, or responding to any notice filed by the respondents, if she deems it necessary to do so.  *See* Rule 7(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated this 19th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE